**Order entered September 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00154-CR

**MARCUS ANDREW BURKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-41007-M**

## ORDER

Before the Court is appellant's September 13, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 21, 2018. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b).

/s/ LANA MYERS
   JUSTICE